UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BACKUS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELTA AIR LINES, INC., et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03137-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Joseph C. Spero for consideration of whether the case is related to *Lavin v. American Airlines, Inc.,* 15-cv-03090-JCS.

**IT IS SO ORDERED.**

Dated: July 8, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　MARIA-ELENA JAMES
　　　　　　　　　　　　　　　　　　United States Magistrate Judge